DLM REF.: 8R-1625

## WAIVER OF SERVICE OF SUMMONS

TO: David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., et al.** which is case number 08 CIV. 353 (RWS) in the United States District Court for the Southern District of New York. I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **January 16, 2008**, or within 90 days after that date if the request was sent outside the United States.

Expeditors International of
Washington, Inc.
Expeditors International
245 Roger Avenue
Inwood, New York 11696

5/2/08
Date

Signed: _____
Name: **JAMES P. KRAUZLIS**
Title: **ATTORNEY-IN-FACT**
Company: **BADIAK & WILL, LLP**