BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA, a/s/o GE HEALTHCARE, GE MEDICAL
SYSTEMS,

                                    Plaintiff,                          **Rule 7.1 Statement**

                -against-

EXPEDITORS INTERNATIONAL OF WASHINGTON,
INC., EXPEDITORS INTERNATIONAL,

                                    Defendants.

--------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO

EVALUATE    POSSIBLE    DISQUALIFICATION    OR    RECUSAL,    THE

UNDERSIGNED   COUNSEL   OF   RECORD   FOR   PLAINTIFF,   **EXPEDITORS**

**INTERNATIONAL   OF   WASHINGTON,   INC.,**   A   PRIVATE   (NON-

GOVERNMENTAL)   PARTY   CERTIFIES   THAT   THE   FOLLOWING   ARE

CORPORATE   PARENTS,   SUBSIDIARIES,   OR   AFFILIATES   OF   THAT   PARTY

WHICH ARE PUBLICLY HELD.

SEE ATTACHED

DATE:  May 7, 2008

                                            _____
                                            SIGNATURE OF ATTORNEY
                                            JAMES P. KRAUZLIS (4972)

FORM SDNY-9

**Expeditors International of Washington, Inc.**

Entity Chart as of February 29, 2008

