LAW OFFICES
## DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

June 20, 2008

**TELEFAX: (212)805-7925**

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

    Re:    Indemnity Insurance Company of North America
             v. Expeditors International of Washington, Inc., et al.
             08 Civ.0353 (RWS) (related to 08 Civ. 0386)
             Our File: 8R-1625

Dear Judge Sweet:

        I represent the plaintiff in this action which involves a claim for cargo damage. At the initial court court conference Your Honor instructed counsel to confer and to submit a scheduling order or a stipulation of discontinuance by June 20, 2008. Counsel are engaged in discussions and documents are being sought to narrow an issue with respect to the overall weight of the cargo which is the subject of the claim. Counsel join in respectfully requesting until July 22, 2008 to submit the scheduling order in this action. The Court's attention is appreciated.

                                                      Respectfully,

                                                      David L. Mazaroli

DLM/jcf
encl

*So ordered*
*Sweet USDJ*
*6.24.08*

cc:    Badiak & Will, LLP
        Attn.: James P. Krauzis, Esq. (Your Ref.: 08-T-001-JPK)
        (Via e-mail: jkrauzlis@badiakwill.com)

        Clyde & Co. US LLP
        Attn.: Barry Alexander, Esq.
        (Via e-mail: Barry.Alexander@clydeco.us)