

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
INDEMNITY INSURANCE COMPANY OF     :
NORTH AMERICA, a/s/o GE HEALTHCARE,
GE MEDICAL SYSTEMS                 :
                                              08 Civ. 0353 (RWS)
            Plaintiff,             :
                                              **STIPULATION & ORDER**
    - against -                    :          **OF DISCONTINUANCE**

EXPEDITORS INTERNATIONAL OF        :
WASHINGTON, INC.,
EXPEDITORS INTERNATIONAL           :

            Defendants.            :
------------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       August ___, 2008

                                    SO ORDERED:

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    9.8.08

AUG-29-2008 FRI 01:49 PM BADIAK WILL AND RUDDY        FAX NO. 12123766778           P. 02

08 Civ. 0353 (RWS)
Stipulation & Order
of Discontinuance
Page 2

                                          LAW OFFICES,
                                          DAVID L. MAZAROLI

                                          David L. Mazaroli
                                          Attorney for Plaintiff
                                          11 Park Place - Suite 1214
                                          New York, New York 10007
                                          Tel.: (212)267-8480
                                          Fax.: (212)732-7352
                                          E-mail: dlm@mazarolilaw.com
                                          File No : 8R-1625

Badiak & Will, LLP
Attorneys for Defendants
EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,
EXPEDITORS INTERNATIONAL

By: _____
James P. Krauzlis
106 Third Street
Mineola, New York 11501-4404
Tel..: (516)877-2225